*Karas, J*

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: _____       │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FELICE MANCARUSO,

                             Plaintiff,

     -against-

PHILIPS SEMICONDUCTORS, NXP SEMICONDUCTORS
and PHILIPS ELECTRONICS NORTH AMERICA,

                          Defendants.
-------------------------------------------------------------X

**Case No. 07 Civ. 6776 (KMK)
(GAY)**

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

ECF CASE

     WHEREAS no party hereto is an infant, incompetent person for whom a committee has been

appointed, or conservatee; and

     WHEREAS no person not a party to the above-captioned action has an interest in the subject

matter of the action;

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned as the attorneys

of record for all parties to the above-captioned action, that the above-captioned action be, and the same hereby is,

dismissed in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: *May 28*, 2008

                           BLEAKLEY PLATT & SCHMIDT, LLP

                           By: _____
                               Michael P. Benenati (MPB 9669)
                               One North Lexington Avenue
                               White Plains, New York 10601
                               Tel: (914) 949-2700

                               *Attorneys for Defendants*

Dated: *May 27*, 2008

                           VANDENBERG & FELIU, LLP

                           By: _____
                               Christopher A. D'Angelo, Esq.
                               *Attorneys for Plaintiff*
                               110 East 42nd Street, Suite 1502
                               New York, New York 10017
                               (212) 763-6800
                               *Attorneys for Plaintiff*

Dated: *July 1*, 2008

                           Hon. K. M. KARAS, USDJ